IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
THRONE THOMAS SMILEY,        )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )       1:16cv514-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

ORDER

It is ORDERED that petitioner's motion for appointment of counsel (Doc. 37) is denied.  This case has been closed since 2019, and petitioner's appeal was denied.   Therefore, the court sees no need for appointment of counsel.   Moreover, the court has reviewed *Bowe v. United States*, __ U.S. __, 146 S. Ct. 447 (2026), which petitioner mentioned in his motion, but that case alone does not provide grounds for appointment of counsel.

This case remains closed.

DONE, this the 20th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE